UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT DAVIS,

    Plaintiff,

v.

    Case No. 1:20-cv-768

    HON. JANET T. NEFF

JOCELYN BENSON and
MARIO MORROW,

    Defendants.
_____/

## ORDER

This matter is before the Court on Defendants' Pre-Motion Conference Requests seeking to file motions to dismiss (ECF Nos. 9 & 14).  Plaintiff has filed Responses to the requests (ECF Nos. 17, corrected by 18, & 19).  The Court having reviewed these filings:

**IT IS HEREBY ORDERED** that Plaintiff shall, not later than October 7, 2020, file a second amended complaint.

**IT IS FURTHER ORDERED** that Defendants shall, not later than October 21, 2020, file their answers and/or any renewed pre-motion conference requests.

**IT IS FURTHER ORDERED** that the Pre-Motion Conference Requests (ECF Nos. 9 & 14) are DISMISSED as moot.

Dated: September 23, 2020

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge